FILED
CLERK, U.S. DISTRICT COURT
July 30, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ADAM JARATANIAN, an individual,

Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:20-cv-04352-SB-MAA
(Hon. Judge Stanley Blumenfeld, Jr.)

**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION**

Action Filed: 05/13/2020

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the stipulation of the parties, the Court hereby dismisses *with prejudice* the above-entitled action in its entirety.

**IT IS SO ORDERED.**

Dated: July 30, 2021

Stanley Blumenfeld Jr.
UNITED STATES DISTRICT JUDGE